UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61898-CIV-COHN/SNOW

HAROLD JOSEPH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

### ORDER ADOPTING REPORT OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the Report and Recommendation regarding Plaintiff Harold Joseph's Complaint seeking judicial review of a final decision of the Social Security Administration, submitted by United States Magistrate Judge Lurana Snow on December 19, 2006 [DE 12].  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint, the Report and Recommendation, and Plaintiff's Objections, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge Lurana Snow [DE 12] is hereby **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [DE 20] is **DENIED**.

3. Defendant Commissioner's Motion for Summary Judgment [DE 23] is **GRANTED**.

3. The Clerk of Court is hereby directed to **CLOSE** this case.  All pending

motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of January, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Lilli W. Marder, Esq.
David I. Mellinger, AUSA